**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br><br>Evaldas Ulinskas and<br>Sigita Ulinskiene,<br><br>　　　　　　　　　Debtors. | Case No.:  22-01280<br>Chapter:  13<br>Plan filed on 02/07/2022<br>Confirmation Hearing:  04/01/2022<br>Judge LaShonda A. Hunt |

**OBJECTION TO CONFIRMATION OF PLAN FILED ON 02/07/2022**

　　**NOW COMES** PNC BANK, NATIONAL ASSOCIATION, and/or its assigns (hereinafter "Movant"), by and through its attorneys, Codilis & Associates, P.C., and moves this Honorable Court for an Order denying confirmation of Debtor's plan filed on 02/07/2022 and in support thereof states as follows:

　　1.　　Debtor filed a petition under Chapter 13 of Title 11, United States Bankruptcy Code on 02/04/2022 and this Court has jurisdiction pursuant to 28 U.S.C. §1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois;

　　2.　　Movant intends to file a claim listing a payoff balance in the estimated amount of $137,627.99 secured only by mortgage against the Debtors' principal residence commonly known as 14032 South Shoshoni Drive, Homer Glen, Illinois 60491;

　　3.　　The proposed chapter 13 plan provides that no payments will be made to Movant because the debt was discharged in a prior chapter 7 case #12-24341 (ILNB);

　　4.　　Sufficient grounds exist for denial of confirmation as the proposed plan impermissibly modifies Movant's rights;

　　5.　　Movant has incurred attorney fees and/or costs in connection with this bankruptcy proceeding subject to court approval, including $550.00 for Objection to confirmation of the Chapter 13 plan including plan review and attending confirmation, if not separately billed.

**WHEREFORE,** PNC BANK, NATIONAL ASSOCIATION prays this Court deny confirmation of the plan allowing the fees and costs described herein to be added to the indebtedness pursuant to the terms of the note and mortgage, and for such other and further relief as this Court may deem just and proper.

Dated this March 25, 2022.

        Respectfully Submitted,
        Codilis & Associates, P.C.

        By:  /s/ Peter C. Bastianen

        Berton J. Maley ARDC#6209399
        Rachael A. Stokas ARDC#6276349
        Peter C. Bastianen ARDC#6244346
        Joel P. Fonferko ARDC#6276490
        Brenda Ann Likavec ARDC#6330036
        Terri M. Long ARDC#6196966
        **Codilis & Associates, P.C.**
        15W030 North Frontage Road, Suite 100
        Burr Ridge, IL 60527
        (630) 794-5300
        File No. 14-22-01770

NOTE: This law firm is a debt collector.