**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: ) | Case No.  22-01280 |
| Evaldas Ulinskas ) | Chapter 13 |
| Sigita Ulinskiene ) | Judge:  LaShonda A. Hunt |
| )  Debtors | |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

Evaldas Ulinskas
Sigita Ulinskiene
14032 S Shoshoni Dr
Homer Glen, IL  60491

DAVID FREYDIN LTD
8707 SKOKIE BLVD #305
SKOKIE, IL  60077

Please take notice that on May 06, 2022 at 10:45 am, a representative of this office shall appear before the Honorable Judge Lashonda A. Hunt, or any judge sitting in that judge's place, and present the Trustee's motio a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government** .  No personal appearance in court is necessary or permitted.  To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link:  https//www.zoomgov.com/join.  Then enter the meeting ID and password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and password.

**Meeting ID and password.**  The meeting ID for this hearing is **161 165 5696** and the passcode is **7490911.** The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing.

I certify that this office caused a copy of this notice to be delivered to the above listed debtors by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, IL and to the debtor's attorney electronically via the Court's CM/ECF system on April 27, 2022.

801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888

/s/   Gerald Mylander
FOR: Glenn Stearns, Chapter 13 Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 22-01280 |
| Evaldas Ulinskas | ) | Chapter 13 |
| Sigita Ulinskiene | ) | Judge: LaShonda A. Hunt |
| Debtors | ) | |

**MOTION TO DISMISS FOR UNREASONABLE DELAY**

Now comes Glenn Stearns, Chapter 13 Trustee, and requests dismissal of the above case pursuant to 11 U.S.C. Section 1307 (c) and in support thereof, states the following:

1. The Debtors filed a petition under Chapter 13 on Friday, February 4, 2022.
2. The Debtors have failed to:
    a. File amended schedule(s) I & J.
    b. Propose a feasible plan that will complete within the maximum 60 month period.
    c. Commit all disposable income to the plan by understating income.
3. As a result, the Debtors have failed to comply with the Bankruptcy Code and have caused an unreasonable delay that is prejudicial to creditors.

WHEREFORE, the Trustee prays this case be dismissed for cause pursuant to Section 1307 (c).

Respectfully Submitted;

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL 60532-4350

/s/ Gerald Mylander
FOR: Glenn Stearns, Chapter 13 Trustee